UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BLOODWORTH,

    Movant,

v.

    Case No. 1:16-cv-805

    HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered on this day:

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Respondent because Movant's claim is without merit.


Date: June 29, 2017                       /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge